# Third District Court of Appeal

## State of Florida

Opinion filed September 6, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1553
Lower Tribunal No. 20-18847
_____

**Caya 1512, LLC,**
Appellant,

vs.

**BAC Florida Bank,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Lourdes Simon, Judge.

Pomeranz & Associates, P.A., and Mark L. Pomeranz (Hallandale), for appellant.

Roth & Scholl, Jeffrey C. Roth, and Christine M. Rodriguez, for appellee.

Before EMAS, FERNANDEZ and BOKOR, JJ.

PER CURIAM.

Affirmed.